**In re Ladd B. FORSLINE.**

No. 02–1512.

United States Court of Appeals,
Federal Circuit.

May 12, 2003.

Before MAYER, Chief Judge, CLEVENGER and BRYSON, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.